**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| VERNON L. LONG and ALLIED AUTO SALES, INC.,, <br><br> Plaintiffs, <br><br> vs. <br><br> BOBBY D KAYLOR and BARBARA B. KAYLOR, <br><br> Defendants. | Case No. 08-CV-113-TCK-FHM |

**OPINION AND ORDER**

Plaintiffs' Motion for Leave to Take Depositions by Telephone [Dkt. 16] is GRANTED.

Plaintiffs' motion was filed on August 28, 2008. Defendants made no response to the motion by September 15, 2008, the due date for filing an objection. Plaintiffs are therefore granted leave to conduct telephone depositions of representatives from: DeMartini RV Sales, located in California; Monaco Coach, located in Oregon; and Bank of America, located in Georgia.

SO ORDERED this 22nd day of September, 2008.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE